UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIX ALVARADO, | ) | No. SACV 15-1287 PSG (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| LORETTA F. LYNCH, Attorney General, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 8, 2015

_____
PHILIP S. GUTIERREZ
United States District Judge